PROB 12C
(6/16)

Report Date: October 22, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

ECF No. 153

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Antonio Aguilar | Case Number: 0980 1:22CR02001-ACE-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Yakima, Washington 98901 | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Alexander C. Ekstrom, U.S. Magistrate Judge

Date of Original Sentence: December 13, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | | |
| Original Sentence: | Prison - 60 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Amended Sentence:<br>(01/31/2024) | Prison - 48 months<br>TSR - 36 months | | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: | December 20, 2024 |
| Defense Attorney: | Ben Hernandez | Date Supervision Expires: | December 19, 2027 |

### PETITIONING THE COURT

To issue a warrant.

On December 26, 2024, the supervised release conditions were reviewed and signed by Mr. Aguilar acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Aguilar is alleged to have violated special condition number 4 by failing to attend outpatient treatment at Triumph Treatment Services (Triumph) on October 15, and 20, 2025. |

Prob12C
**Re: Aguilar, Antonio**
**October 22, 2025**
**Page 2**

    **Supporting Evidence**: On October 15, 2025, this officer directed Mr. Aguilar to report to Triumph at 12 p.m. on October 20, 2025, for a individual appointment and he was informed this officer will be attending the appointment with him. Mr. Aguilar was also directed to keep attending his scheduled outpatient groups until directed otherwise. Mr. Aguilar understood and stated he would keep going to his treatment groups.

    On October 16, 2025, this officer received notice from Triumph that Mr. Aguilar failed to attend his scheduled treatment session on October 15, 2025. He also failed to show up for his individual treatment appointment on October 20, 2025, at Triumph.

2  **Standard Condition # 2**: You must follow the instructions of the probation officer related to the conditions of supervision.

    **Supporting Evidence**: Mr. Aguilar is alleged to have violated standard condition number 2 by failing to follow the instructions of this officer on October 20, and 22, 2025.

    On October 20, 2025, after Mr. Aguilar missed his individual treatment appointment at Triumph, this officer attempted to call Mr. Aguilar's cell phone. The phone was turned off and was not accepting calls. This officer sent Mr. Aguilar a text message directing him to call this officer. Mr. Aguilar did not call this officer as directed.

    On October 22, 2025, this officer called Mr. Aguilar's cell phone and left a voice message directing him to call this officer. Mr. Aguilar failed to call back and is not responding to this officer's attempts to communicate with him.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

             I declare under penalty of perjury that the foregoing is true and correct.

           Executed on:  October 22, 2025

                 s/Phil Casey

                 Phil Casey
                 U.S. Probation Officer

Prob12C
**Re: Aguilar, Antonio**
**October 22, 2025**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

10/22/2025
Date