PROB 12C
(6/16)

Report Date: October 30, 2025

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2025

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**    ECF No. 159

| | |
|---|---|
| Name of Offender: Antonio Aguilar | Case Number: 0980 1:22CR02001-ACE-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉ | Yakima, Washington 98901 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Alexander C. Ekstrom, U.S. Magistrate Judge

Date of Original Sentence: December 13, 2022

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 60 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Amended Sentence: (01/31/2024) | Prison - 48 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: December 20, 2024 |
| Defense Attorney: | Alex B. Hernandez | Date Supervision Expires: December 19, 2027 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 22, 2025.

On December 26, 2024, the supervised release conditions were reviewed and signed by Mr. Aguilar acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #10:** You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). |
| | **Supporting Evidence**: Mr. Aguilar is alleged to be in violation of his conditions of supervised release by owning, possessing, and having access to a firearm on October 29, 2025. |
| | **Supporting Evidence**: On October 29, 2025, U.S. probation officers searched Mr. Aguilar's residence and his girlfriend's vehicle, a black GMC Acadia with the license plate number CLU5498, in Yakima, Washington. During this time, this officer contacted Mr. Aguilar |

Prob12C
Re: Aguilar, Antonio
October 30, 2025
Page 2

while he was at the residence and in custody with the Yakima County Sheriff's Office (YCSO) on his federal warrant. Mr. Aguilar immediately recognized this officer from previous interactions during his supervised release. This officer informed Mr. Aguilar that U.S. Probation had been authorized to search his girlfriend's vehicle.

Mr. Aguilar appeared to be slurring his words. This officer asked Mr. Aguilar if he provided a urinalysis (UA) at that time, what would the UA show. Mr. Aguilar stated he had been drinking a few beers that morning. However, based on Mr. Aguilar's slurred speech and behavior, this officer noted it seemed he had consumed much more than just a few beers.

This officer asked Mr. Aguilar if there were any weapons, drugs, or items in the vehicle that would violate his supervised release. Mr. Aguilar claimed he was not aware of anything. When Mr. Aguilar questioned this officer's authority to search the vehicle, this officer explained due to Mr. Aguilar's behavior including lunging into the vehicle, being under the influence of alcohol, his history of firearm possession, being on federal probation for possession of ammunition, and his search condition, a probation supervisor had authorized the search at that time. Mr. Aguilar again denied knowing about any weapons or drugs in the vehicle but did admit the alcohol found on the floor of the driver's side was his. This officer observed an open container of Truly Unruly alcoholic beverage in the vehicle through the front driver's window.

During the search of the vehicle, a Smith & Wesson .40 caliber handgun was found in the console between the driver and passenger seats. The firearm was loaded with a magazine containing 15 rounds of .40 caliber ammunition. Photos were taken of the firearm.

While searching Mr. Aguilar's residence, one .40 caliber round was found in his bedroom, and photos were taken of this round as well.

| | |
|---|---|
| 4 | **Standard Condition #10:** You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). |
| | **Supporting Evidence**: Mr. Aguilar is alleged to be in violation of his conditions of supervised release by owning possessing, and have access to ammunition, 16 rounds of Smith and Wesson .40 caliber, on October 29, 2025. |
| | Please refer to narrative found in violation #3. |
| 5 | **Special Condition # 5:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence:** Mr. Aguilar is alleged to be in violation of his conditions of supervised release by possessing and consuming alcohol on October 29, 2025. |
| | Please refer to narrative found in violation #3. |

Prob12C
Re: Aguilar, Antonio
October 30, 2025
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 22, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 30, 2025

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

10/31/2025

Date