PROB 12C
(6/16)

Report Date: October 31, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 03, 2025

SEAN F. McAVOY, CLERK

ECF No. 170

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Antonio Aguilar | Case Number: 0980 1:22CR02001-EFS-1 |
| Address of Offender: ▆▆▆▆▆▆▆▆▆▆ Yakima, Washington 98901 | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 13, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 60 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Amended Sentence:<br>(01/31/2024) | Prison - 48 months<br>TSR - 36 months | | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: | December 20, 2024 |
| Defense Attorney: | Alex B. Hernandez | Date Supervision Expires: | December 19, 2027 |

## PETITIONING THE COURT

To issue a warrant.

On December 26, 2024, the supervised release conditions were reviewed and signed by Mr. Aguilar acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**:   Mr. Aguilar is alleged to have violated special condition number 4 by failing to attend outpatient treatment at Triumph Treatment Services (Triumph) on October 15, and 20, 2025. |
| | **Supporting Evidence**: On October 15, 2025, U.S. Probation Officer (USPO) Casey directed Mr. Aguilar to report to Triumph at 12 p.m. on October 20, 2025, for a individual appointment. He was informed USPO Casey would be attending the appointment with him. |

Prob12C
Re: Aguilar, Antonio
October 31, 2025
Page 2

Mr. Aguilar was also directed to keep attending his scheduled outpatient groups until directed otherwise. Mr. Aguilar understood and stated he would keep going to his treatment groups.

On October 16, 2025, USPO Casey received notice from Triumph that Mr. Aguilar failed to attend his scheduled treatment session on October 15, 2025. He also failed to show up for his individual treatment appointment on October 20, 2025, at Triumph.

2   **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Aguilar is alleged to have violated standard condition number 2 by failing to follow the instructions of his supervising probation officer on October 20, and 22, 2025.

On October 20, 2025, after Mr. Aguilar missed his individual treatment appointment at Triumph, USPO Casey attempted to call Mr. Aguilar's cell phone. The phone was turned off and was not accepting calls. USPO Casey sent Mr. Aguilar a text message directing him to call him. Mr. Aguilar did not call USPO Casey as directed.

On October 22, 2025, USPO Casey called Mr. Aguilar's cell phone and left a voice message directing him to call him. Mr. Aguilar failed to call back and was not responding to USPO Casey's attempts to communicate with him.

3   **Standard Condition #10:** You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: Mr. Aguilar is alleged to be in violation of his conditions of supervised release by owning, possessing, and/or having access to a firearm on October 29, 2025.

**Supporting Evidence**: On October 29, 2025, USPO Mowatt was contacted by the U.S. Marshal's and local law enforcement who advised they had Mr. Aguilar detained on his federal warrant. Law enforcement advised they had him under surveillance at his residence and he was seen exiting his residence and walking with his girlfriend to her vehicle. He opened the driver's door and as he was entering it, law enforcement advised him he was under arrest. He was then observed lunging into the vehicle and making furtive movements. He exited the vehicle, shut the door, and directed his girlfriend to lock it. Mr. Aguilar was detained, and it was suspected based on his behavior and prior history, that he may have hidden a firearm and or drugs in the vehicle.

Based on the circumstances, U.S. Probation Officers Mowatt and Santana were authorized to search Mr. Aguilar's residence and his girlfriend's vehicle, a black GMC Acadia with the license plate number CLU5498, in Yakima, Washington. USPO Mowatt contacted Mr. Aguilar while he was still at the residence and in custody with the Yakima County Sheriff's Office on his federal warrant. Mr. Aguilar immediately recognized USPO Mowatt from previous interactions during his supervised release. USPO Mowatt informed Mr. Aguilar probation had been authorized to conduct a search.

Prob12C
**Re: Aguilar, Antonio**
**October 31, 2025**
**Page 3**

Mr. Aguilar appeared to be slurring his words. USPO Mowatt asked Mr. Aguilar if he provided a urinalysis (UA) at that time, what the UA would show. Mr. Aguilar stated he had been drinking a few beers that morning. However, based on Mr. Aguilar's slurred speech and behavior, USPO Mowatt noted it seemed he had consumed much more than just a few beers.

USPO Mowatt asked Mr. Aguilar if there were any weapons, drugs, or items in the vehicle that would violate his supervised release. Mr. Aguilar claimed he was not aware of anything. When Mr. Aguilar questioned USPO Mowatt's authority to search the vehicle, he explained due to Mr. Aguilar's behavior including lunging into the vehicle, being under the influence of alcohol, his history of firearm possession, being on federal supervision for possession of ammunition, and his search condition, a probation supervisor had authorized the search at that time. Mr. Aguilar again denied knowing about any weapons or drugs in the vehicle but did admit the alcohol found on the driver's side floorboard was his. USPO Mowatt observed an open container of Truly Unruly alcoholic beverage in the vehicle through the front driver's window.

During the search of the vehicle, a Smith & Wesson .40 caliber handgun was found in the console between the driver and passenger seats. The firearm was loaded with a magazine containing 15 rounds of .40 caliber ammunition. Photos were taken of the firearm.

While searching Mr. Aguilar's residence, one .40 caliber round was found in his bedroom, and photos were taken of this round as well.

4 **Standard Condition #10:** You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: Mr. Aguilar is alleged to be in violation of his conditions of supervised release by owning, possessing, and having access to ammunition, 16 rounds of Smith and Wesson .40 caliber, on October 29, 2025.

Please refer to narrative found in violation #3.

5 **Special Condition # 5:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence:** Mr. Aguilar is alleged to be in violation of his conditions of supervised release by possessing and consuming alcohol on October 29, 2025.

Please refer to narrative found in violation #3.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C

Re: Aguilar, Antonio
October 31, 2025
Page 4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 31, 2025

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Edward F. Shea

Signature of Judicial Officer

November 3, 2025
Date